UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EDNEIL HANIF,

          Petitioner,

v.

ICE FIELD OFFICE DIRECTOR,

          Respondent.

CASE NO. C15-1203-RAJ-MAT

ORDER OF DISMISSAL

      The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

      1.    The Court adopts the Report and Recommendation;

      2.    Respondent's motion to dismiss (Dkt. 10) is GRANTED;

      2.    Petitioner's habeas petition (Dkt. 1) is DENIED, and this action is DISMISSED with prejudice; and

      4.    The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

DATED this 23rd day of December, 2015.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Court

ORDER OF DISMISSAL
PAGE - 1